**RECEIVED**

**JUN 2 3 2026**

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

Plaintiff(s), Jackie Roberts )
)
)
)
)
v. Levy Sports and )
Food Services )
)
)
)
)
)
)
)
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐   NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

### PARTIES

2.    Plaintiff's name: Ms. Jackie Roberts

Plaintiff's address: 1418 Carroll St Apt 102

Street address or P.O. Box

St. Louis, MO. 63204

City/ County/ State/Zip Code

(585) 481-9655

Area code and telephone number

3.    Defendant's name: Levy Sports and Food Services

Defendant's address: 1401 Clark Ave

Street address or P.O. Box

St. Louis, MO 63103

City/County/State/ Zip Code

(314) 589-5391

Area code and telephone number

email address: sbevineau@levyrestaurants.com

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)              (City/County)              (State)   (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

March 21st 2026 I WAS also terminated

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes    Date filed: _____

☐ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: June 4th, 2026

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

__✓__fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

___✓___ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

___✓___ retaliation

_____ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

[✓] Yes                    [ ] No

11.    I believe that I was discriminated against because of my (check all that apply):

_____    race

__✓__    religion

_____    national origin

_____    color

__✓__    gender

_____    disability

__✓__    age (birth year is:  _1976_)

_____    other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes                    ☐ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I was a hard dedicated worker at Levy Sport and Serice since stating date September 25th 2024. I was discriminated and treated unfairly because of my belief and my humbleness and willing ways. always ok to help or do something that was out of my job title until they started to

(Continue to page 6 if additional space is needed.) take advantage, cutting hours and throwing with jobs and other people that I was not hired to do. It was retaliation. women were

treated

treated. They ended up putting with a whole nother crew, became of a chef that ended up resigning told them that I was being rude and touched the meat. In the end they said I was being rude and was fired

(Attach additional sheets as necessary).

6

13.    The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☑ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes. I would like my job back and to be copensated for all the time I missed on the job and all of my financial needs I fell behind on and lacked for being without employm ent. I would like Shanika Beruver and Matt

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

Jackie Roberts

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of ~~August~~ June, 20 26.

Signature of Plaintiff _____